IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| STREAMLINE PRODUCTION | ) | Case No. 3:23-bk-02638 |
| GROUP, LLC | ) | Chapter 7 |
| | ) | Judge Walker |
| Debtor. | ) | |
| EVA M. LEMEH, TRUSTEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 3:25-ap-90086 |
| STREAMLINE PRODUCTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Comes Gregory C. Logue of the firm of Woolf, McClane, Bright, Allen & Carpenter, PLLC, and hereby enters an appearance for defendant, Streamline Productions, LLC, and submits this notice of appearance and request for notices in connection therewith, and requests that they be added to all mailing lists and matrices in this case and that copies of all notices, pleadings, judgments, and orders in this case be sent to them at the following address:

    Gregory C. Logue
    Woolf, McClane, Bright, Allen & Carpenter, PLLC
    900 Riverview Tower
    900 S. Gay Street
    Knoxville, Tennessee 37902

Respectfully submitted this 2nd day of September, 2025.

    /s/ Gregory C. Logue
    Gregory C. Logue, #012157
    Attorney for Streamline Productions, LLC

    WOOLF, MCCLANE, BRIGHT, ALLEN &
      CARPENTER, PLLC
    P.O. Box 900
    Knoxville, Tennessee 37901
    (865)215-1000
    (865)215-1001 (fax)
    logueg@wmbac.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    s/ Gregory C. Logue
      Gregory C. Logue, Esq., BPR 012157

    WOOLF, McCLANE, BRIGHT,
      ALLEN & CARPENTER, PLLC
    Post Office Box 900
    Knoxville, Tennessee 37901-0900
    (865) 215-1000