IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| IN RE:<br><br>STREAMLINE PRODUCTION GROUP, LLC,<br><br>Debtor. | ) | Case No: 3:23-bk-02638<br>Chapter 7<br>Judge Walker |
| EVA M. LEMEH, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>STREAMLINE PRODUCTIONS, LLC,<br><br>Defendant. | ) | Adv. Proc. No. 3:25-ap-90086 |

**PLAINTIFF'S MOTION TO CONTINUE PRETRIAL HEARING**

Comes now Eva M. Lemeh, Chapter 7 Trustee herein ("Trustee"), who respectfully moves to continue the current October 1, 2025, pretrial conference for this adversary proceeding to November 12, 2025, at 11:00 a.m. The Trustee has granted an extension to the response deadline for the Defendants in all adversary proceedings associated with this bankruptcy case due to ongoing settlement discussions in some and at least one pending motion to dismiss in another. It would therefore be inefficient to proceed with this pretrial conference in light of these extensions. This adversary proceeding's pretrial conference, as with the others, should instead be scheduled on the same track to achieve judicial efficiency.

Given the above considerations, the Trustee respectfully requests that the pretrial conference currently scheduled in this case for October 1, 2025, at 11:00 a.m. be continued to November 12, 2025, at 11:00 a.m.

RESPECTFULLY SUBMITTED:

/s/ Trent Meriwether

Phillip G. Young, Jr.
Justin Campbell
Trent Meriwether
Thompson Burton, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000
phillip@thompsonburton.com
justin@thompsonburton.com
tmeriwether@thompsonburton.com
*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served the same day as this filing on all parties of record through the Court's electronic filing system and by U.S. Mail or email to:

Gregory C. Logue, #012157
WOOLF, MCCLANE, BRIGHT, ALLEN &
CARPENTER, PLLC
P.O. Box 900
Knoxville, Tennessee 37901
(865)215-1000
(865)215-1001 (fax)
logueg@wmbac.co
*Counsel for Streamline*
*Productions, LLC*